IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 07-cv-02074-LTB-KLM

PHILLIP MILLER,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____

ORDER
_____

    As set forth on the record at the discovery/scheduling hearing held on January 30, 2008,

IT IS HEREBY ORDERED as follows:

    1. Each party may take up to 4 depositions not to exceed 3 hours in length;

    2. Each party may serve up to 10 requests for admissions, including sub-parts;

    3. Each party may serve up to 20 written interrogatories, including sub-parts;

    4. Each party may serve up to 10 requests for production, including sub-parts;

    5. All discovery authorized by this Order shall be limited to the issue of the scope-of-employment certification filed by the United States and shall be completed by April 29, 2008;

    6. The parties shall file cross motions for summary judgment regarding the scope-of employment certification on or before May 29, 2008;

    7. Responses to the summary judgment motions shall be filed on or before June 18,

2008, and replies shall be filed on or before June 30, 2008.

Dated: January   30  , 2008 in Denver, Colorado.

BY THE COURT:

  s/Lewis T. Babcock
LEWIS T. BABCOCK, JUDGE