IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE

Civil Case No. 07-cv-02074-LTB-KLM

PHILLIP MILLER,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.

## MINUTE ORDER

BY ORDER OF JUDGE LEWIS T. BABCOCK

    The Joint Stipulation to Stay Proceedings (Doc 30 - filed May 16, 2008) is **GRANTED**. The parties are directed to file status reports regarding this matter every 20 days.

Dated: May 19, 2008