IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 07-cv-02074-LTB-KLM

PHILLIP MILLER,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____

ORDER
_____

Upon the Joint Stipulation to Stay Proceedings (Doc 33 - filed June 30, 2008), it is

ORDERED that the Stipulation is **GRANTED** and this matter is **STAYED** until the appeal of the Arbitration has been completed.

IT IS FURTHER ORDERED that this case is deemed **ADMINISTRATIVELY CLOSED** subject to being reopened upon motion of any party for good cause shown. This matter need not be reopened for submission of final settlement documents.

                                        BY THE COURT:

                                          s/Lewis T. Babcock
                                        Lewis T. Babcock, Judge

DATED: July 1, 2008