IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Lewis T. Babcock, Judge

Civil Action No. 07-cv-02074-LTB-KLM

PHILLIP MILLER,

    Plaintiff,

v.

UNITED STATES OF AMERICA,

    Defendant.
_____

ORDER
_____

    Plaintiff and Defendant United States of America, through their respective undersigned counsel, have reached a settlement in the above-captioned case. Pursuant to Federal Rule of Civil Procedure 41, Plaintiff and Defendant jointly stipulate to and move for dismissal of this action, with prejudice, with each side to bear its own attorney's fees, costs and expenses.

DATED: December 8, 2009

                                        BY THE COURT:

                                        s/Lewis T. Babcock
                                        Lewis T. Babcock, Judge